**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-80114-CR-HURLEY/HOPKINS**

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**BENOIT PLACIDE,**

***Defendant.***
**_________________________________/**

**GOVERNMENT'S RESPONSE IN OPPOSITION TO THE DEFENSE MOTION TO CONTINUE**

The United States of America, by and through the undersigned Assistant United States Attorney, files this response in opposition to the motion to continue filed purportedly on behalf of "new" counsel for Benoit Placide.

The United States notes that attorney I. Scott Skier today has filed a Notice of Appearance (DE 200) on behalf of the defendant, and a Motion To Continue the Trial (DE 201). By way of background, on August 21, 2014 attorney Johnathan Friedman was appointed as counsel for defendant Placide under the Criminal Justice Act, (DE 33). Discovery has been provided on an ongoing basis to Mr. Friedman for a period of many months. This trial has been set on a trailing trial calendar, and the United States is ready for trial. We oppose any continuance of any type. If defendant desires to resolve the matter he can plead to all charges in the indictment without the benefit of a plea agreement.

Whether or not defendant Placide is satisfied with his representation is a matter not within the purview of the Department of Justice. The government also takes no position on whether the "new" attorney contacted the client without first seeking the permission or notice to the current court-assigned counsel, and thereby may have acted in or outside any applicable rule of conduct regulating the practice of law.

The present motion is submitted purely for purposes of further delay and the United States opposes it.

WHEREFORE, the United States respectfully requests that the motion be denied.

Respectfully Submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s Stephen Carlton

STEPHEN CARLTON
Assistant United States Attorney
500 South Australian Avenue, Suite #400
West Palm Beach, Florida 33401
Admin. No. A5500011
Tel: (561) 820-8711 Ext. 3053
Fax: (561) 659-4526
E-mail: stephen.carlton@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2015, I electronically filed the foregoing opposition with the Clerk of the Court using CM/ECF.

*S/ Stephen Carlton*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY