UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80114--CR-HURLEY

FILED BY ___ D.C.
APR 22 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**LUKNER BLANC and
BENOIT PLACIDE,**
    Defendants.
_____/

# VERDICT

We, the jury, unanimously find as follows:

**I. AS TO THE DEFENDANT LUKNER BLANC:**

## COUNT ONE

and the charge that he knowingly and willfully conspired to receive, conceal and retain monies stolen from the United States, as charged in **Count 1** of the Indictment:



    ✓
_____                    _____
    Guilty                              Not Guilty

## COUNT TWO

and the charge that he knowingly and willfully received, concealed and retained monies stolen from the United States, on or about February 29, 2012, as charged in **Count 2** of the Indictment:



    ✓
_____                    _____
    Guilty                              Not Guilty

## COUNT FIVE

and the charge that he knowingly and willfully received, concealed and retained monies stolen from the United States, on or about October 24 - 29, 2012, as charged in **Count 5** of the Indictment:

_____✓_____          _____
   Guilty                  Not Guilty

## COUNT SIX

and the charge that he knowingly and willfully received, concealed and retained monies stolen from the United States, on or about October 24 - 29, 2012, as charged in **Count 6** of the Indictment:

_____✓_____          _____
   Guilty                  Not Guilty

## COUNT SEVEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("C" i.e. Cherish Adams) means of identification, without lawful authority, on or about October 24-29, 2012, during and in relation to the crime of receiving, concealing or retaining monies stolen from the United States, as charged in **Count 7** of the Indictment:

_____✓_____          _____
   Guilty                  Not Guilty

## COUNT EIGHT

and the charge that he committed aggravated identity theft by knowingly using another person's ("C" i.e. Cherish Adams) means of identification, without lawful authority, on or about October 24-29, 2012, during and in relation to the crime of receiving, concealing or retaining monies stolen from the United States, as charged in **Count 8** of the Indictment:

_____✓_____          _____
   Guilty                  Not Guilty

## COUNT NINE

and the charge that he committed aggravated identity theft by knowingly using another person's (Shelda Phadael) means of identification, without lawful authority, on or about October 29, 2012, during and in relation to the crime of receiving, concealing or retaining monies stolen from the United States, as charged in **Count 9** of the Indictment:



    ✓ Guilty                        Not Guilty

## COUNT TEN

and the charge that he committed aggravated identity theft knowingly using another person's (Benoit Placide) means of identification, without lawful authority, on or about October 29, 2012, during and in relation to the crime of receiving, concealing or retaining monies stolen from the United States, as charged in **Count 10** of the Indictment:



    ✓ Guilty                        Not Guilty

## COUNT ELEVEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "V.J." (Vanessa Joseph), as charged in **Count 11** of the Indictment:



    ✓ Guilty                        Not Guilty

## COUNT TWELVE

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "I.J.B." (Israel Joseph Bozile), as charged in **Count 12** of the Indictment:

____✓____         _____
   Guilty            Not Guilty

## COUNT THIRTEEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "J.J." (Johasha Johnston), as charged in **Count 13** of the Indictment:

____✓____         _____
   Guilty            Not Guilty

## COUNT FOURTEEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "J.S." (Joshua Strainge), as charged in **Count 14** of the Indictment:

____✓____         _____
   Guilty            Not Guilty

## COUNT FIFTEEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "S.M." (Shakira Mitvchell) as charged in **Count 15** of the Indictment:

____✓____         _____
   Guilty            Not Guilty

## COUNT SIXTEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("V.J." i.e. Vanessa Joseph) means of identification, without lawful authority, on or about November 1, 2012, during and in relation to the crime of wire fraud, as charged in **Count 16** of the Indictment:

__✓__ Guilty    _____ Not Guilty

## COUNT SEVENTEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("I.J.B." i.e. Israel Joseph Bozile) means of identification, without lawful authority, on or about November 1, 2012, during and in relation to the crime of wire fraud, as charged in **Count 17** of the Indictment:

__✓__ Guilty    _____ Not Guilty

## COUNT EIGHTEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("J.J." i.e. Johasha Johnston) means of identification, without lawful authority, on or about November 1, 2012, during and in relation to the crime of wire fraud, as charged in **Count 18** of the Indictment:

__✓__ Guilty    _____ Not Guilty

## COUNT NINETEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("J.S." i.e. Joshua Strainge) means of identification, without lawful authority, on or about November 2, 2012, during and in relation to the crime of wire fraud, as charged in **Count 19** of the Indictment:

__✓__ Guilty    _____ Not Guilty

## COUNT TWENTY

and the charge that he committed aggravated identity theft by knowingly using another person's ("S.M." i.e. Shakira Mitchell) means of identification, without lawful authority, on or about November 2, 2012, during and in relation to the crime of wire fraud, as charged in **Count 20** of the Indictment:

_____✓_____           _____
   Guilty                                  Not Guilty

## II. AS TO THE DEFENDANT BENOIT PLACIDE:

### COUNT ONE

and the charge that he knowingly and willfully conspired to receive, conceal and retain monies stolen from the United States, as charged in **Count 1** of the Indictment:

____✓____                                    _____
  Guilty                                        Not Guilty

### COUNT ELEVEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "V.J." (Vanessa Joseph) as charged in **Count 11** of the Indictment:



____✓____                                    _____
  Guilty                                        Not Guilty

### COUNT TWELVE

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "I.J.B." (Israel Joseph Bozile), as charged in **Count 12** of the Indictment:



____✓____                                    _____
  Guilty                                        Not Guilty

## COUNT THIRTEEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "J.J." (Johasha Johnston), as charged in **Count 13** of the Indictment:



_____✓_____                    _____
        Guilty                              Not Guilty

## COUNT FOURTEEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "J.S." (Joshua Strainge), as charged in **Count 14** of the Indictment:



_____✓_____                    _____
        Guilty                              Not Guilty

## COUNT FIFTEEN

and the charge that he knowingly and willfully committed wire fraud in connection with the electronic transmission of a fraudulent federal income tax return in the name of "S.M." (Shaira Mitchell) as charged in **Count 15** of the Indictment:



_____✓_____                    _____
        Guilty                              Not Guilty

## COUNT SIXTEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("V.J." i.e. Vanessa Joseph) means of identification, without lawful authority, on or about November 1, 2012, during and in relation to the crime of wire fraud, as charged in **Count 16** of the Indictment:

_____✓_____                    _____
   Guilty                          Not Guilty

## COUNT SEVENTEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("I.J.B." i.e. Israel Joseph Bozile) means of identification, without lawful authority, on or about November 1, 2012, during and in relation to the crime of wire fraud, as charged in **Count 17** of the Indictment:

_____✓_____                    _____
   Guilty                          Not Guilty

## COUNT EIGHTEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("J.J." i.e. Johasha Johnston) means of identification, without lawful authority, on or about November 1, 2012, during and in relation to the crime of wire fraud, as charged in **Count 17** of the Indictment:

_____✓_____                    _____
   Guilty                          Not Guilty

## COUNT NINETEEN

and the charge that he committed aggravated identity theft by knowingly using another person's ("J.S." i.e. Joshua Strainge) means of identification, without lawful authority, on or about November 2, 2012, during and in relation to the crime of wire fraud, as charged in **Count 19** of the Indictment:

_____✓_____                    _____
   Guilty                          Not Guilty

## COUNT TWENTY

and the charge that he committed aggravated identity theft by knowingly using another person's ("S.M." i.e. Shakira Mitchell) means of identification, without lawful authority, on or about November 2, 2012, during and in relation to the crime of wire fraud, as charged in **Count 20** of the Indictment:



_____✓_____                                   _____
   Guilty                                              Not Guilty

**SO SAY WE ALL.** Signed and dated at the United States Courthouse, West Palm Beach, Florida, this 8th day of April, 2015.

_____                     _____
Foreperson's Signature                          Foreperson's Printed Name