IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



BENOIT PLACIDE, #06651-104
    Petitioner,

VS.

C/A No: 14-80114

UNITED STATES OF AMERICA:

---

### MOTION FOR REQUEST/PRODUCTION OF DOCUMENTS

---

The defendant was sentenced by this court to a term of imprisonment. On April 27, 2017, the defendants appeal was denied by the Appellate Court, case #15-14601. Additionally, defendant had 90-days dealine as of April 28, 2017, which to file a petition for certiorari to the United States Supreme Court, but denied by attorney in filing petition, and abandon by same attorney within the, 21-days of filing a motion for rehearing on denial of direct appeal. The defendant now petitons this Honorable Court to allow the record to reflect he the defendant has been abandon by his attorney, violating his due process right to appeal his conviction. The defendant also humbly moves this Honorable Court to request a hearing, under federal rules of civil-procedure interms of holding counselor responsible for said violations of my Constitutional rights. I the defendant, humbly ask this court without cost,

to please furnish defendant with any and all motions of record, indictments, recordings of transcripts, transcripts of sentencing hearing, and any and all evidence, statements included any and all documents the attorney for the government, court, or any agency may have in their possession concerning this above defendant. Pursuan to Fed.R.Crim.P. 16., these provisions are as following: first, any written or recorded statement of the defendant; second, any report of a statement made by the defendant while being interrogated by a person known by the defendant to be to be a government agent, (either before, or after arrest); third, the substance of any other record that the government intends to use as evidence - Rule 16 (a) (1) (a); fourth, a copy of the defendants prior criminal record - Rule 16 - (a) (1) (b); fifth; books, papers, documents, that are in the possession of the government and which are material to the preparation of the defendants defense or intended for use by the government as evidence in chief - Rule 16 (a) (1) (c); sixth, results of any records of physical or mental examinations and of scientific test or experiments, which are material to the preparation of the defense or are intended for use by the governmentas evidence - Rule 16 (a) (1) (d); seventh, a written summary of testimoney the government used or intend to use under Rule 702, 703, or 705, of the federal rules of evidence during its case concerning defendant. The summary must describe the witnesses opinions, the basis and the reason therefore, and the witnesses' qualifications - the federal government - is required to produce, pursuant to Rile 16. The defendant understands the p½rosecutor is not also required to prodeuce what is in the possession of the federal court. However, the government, may not avoid its duty under Rule 16 by the mere expedient of leaving relevant discoverable issues and evidence in the hands of another agency while having access to it in preparation within inmates' pending Writ of Certiorari to the United States Supreme Court, under defendants' direct appellant rights. Longstanding circuit procedent has provided that a prisoner who does request free copies or record in his/her criminal case, whether its a state case of a federal case, defendant must show a particularized need for such records,....

## [CONCERNING DEFENDANTS APPELLANT RIGHTS -- PLEASE READ THE FOLLOWING]

(1). Please allow this record to humbly reflect to the Court, defendants' attorney has abandon patitioner' with no counsel during my appeal process as he, attorney Jonathan S. Friedman, did not file a re-hearing after denial of my direct appeal.

(2). As a layman, I have been told by counsel he did not see any issues for a motion for re-hearing, but, I was never notified before the 21-days for re-hearing was pending.

(3). Actually, even upon trying to adhere to such deadlines of appeal, as to the 21-days, which I had to respond to re-hearing, I could not due to fact, attorney -- has never provided me as a layman with any of my case documents for a fair/legitimate appeal.

(4). defendant has tried to contact counsel by mail and phone, only to have office of attorney hang the phone up on defendant, as I have also requested such documents from his office within to respond to: Writ of Certiorari to the United States Supreme Court.

(5). Concerning my constitutional rights during such criminal procedures, I humbly request for this Honorablr Court to please call some type of hearing that I as a layman may understand what line of defense my attorney has applied to these proceedings/or has he, counsel completely abandon me with no intention to forward any documents so that I may try to help myself and meet my appeal deadlines...<u>Please Help ME !!! URGENTLY PLEASE AS THIS COURT MUST BE MADE AWARE OF SUCH VIOLATIONS OF MY APPEAL RIGHTS/WHY WILL MY ATTORNEY NOT EVEN ANSWER THE PHONE FOR ME...PLEASE HELP ME YOUR HONOR!!!!.</u>

(6). Also with requested documents, I will try to prove my innocence to the Supreme Court, by petitioning the high court on what I feel are constitutional issues.

Therefore, with any and all requested information, in which the government, counsel, or this Honorable Court, possesses as evidence, or in archive of public record, I humbly request such documents in preparing to respond to my order to the Supreme Court of the United States for writ of Certiorari, if my attorney has not abandoning of appeal has caused me to lose my actual appeallant rights to appeal my criminal case. Again, I ask this Honorable court for help, as I humbly ask this Court to forward an order to all respondants of attorney for the government, Clerck of Court, and Court Reporter, in the production/forwarding of any and all requested documents without cost in hopes of defendant avoiding substantial prejudice and being unduly surprised in lacking opportunity to prepare a defense..

respectfully submitted,

*Placide Benoit*
Benoit Placide # 06651-104
P.O. Box 1000
Butner, North Carolina 27509

LAW OFFICES
## JONATHAN S. FRIEDMAN
PROFESSIONAL ASSOCIATION

BOARD CERTIFIED
CRIMINAL TRIAL LAWYER

STATE & FEDERAL

SUITE 925
WELLS FARGO BANK TOWER
ONE EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE (954) 713-2820
FACSIMILE (954) 713-2894

May 12, 2017

**_LEGAL MAIL_**

BENOIT PLACIDE
REGISTER NUMBER: 06651-104
FEDERAL PRISON CAMP
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

Re:   United States v. Benoit Placide
      Appeal Case Number: 15-14601

Dear Mr. Placide:

I am in receipt of your letter, dated, May 4, 2017. Those were not issues that were raised in your appeal. We did not file a motion for severance in your case. Mr. Blanc filed a motion for severance which was denied by the trial court.

At this time, I do not see any viable grounds to file a motions for rehearing in your case. Additionally, I will not be filing a petition for writ of certiorari to the United States Supreme Court as I do not believe there is a legal basis to do so.

I do however, intend to file a motion to reduce your sentence based upon the sentencing guideline amendments that became effective after your sentence was imposed. We had discussed this issue in the past and I believe that it is appropriate to file at this time.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Jonathan S. Friedman, Esq.

JSF/se

## CERTIFICATE OF SERVICES

I, Mr. Benoit Placide, do hereby certify under penalty of perjury, §1746, that on this same day, I sent a true and Correct Copy of the foregoing motions [Motions For Request/Production Of Documents], to the following by U.S. Mail, First-Class postage pre-paid, by placing such in the institutional Legal-Mail..

Clerk of Court

U.S. DISTRICT COURT
701 CLEMATIS ST. RM-453
WEST PALM BEACH, FL 33401

WIFREDO FERRER
UNITED STATES ATTORENY
99 N.E. 4th Street
Miami, Florida, 33132

Jonathan S. Friedman
WellsFargo Bank Tower, suite-925
One East Broward Blvd
Fort Lauderdale, Florida 33301

dated: This 12th day of July, 2017.

Respactfully submitted

*Placide Benoit*

Benoit Placide #06651-104
P.O. !000
Butner, North Carolina 27509



7016 2070 0000 5524 0768

Dennis Fleader 06651-104
Butner Federal Prison
P.O. Box 1000
Butner, NC 27509

⇔06651-104⇔
The Clerk U S D C For
Southern DIST OF Florida
701 Clematis ST
ROOM # 453
WEST PALM BCH, FL 33401